**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00690-CV

---

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**ALVIN HARRIS; JD HARRISON; CASSAUNDRA HENRY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARRIE GANT (DECEASED); ARCHIE MAE HEWITT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE JOE WILLIE HEWITT (DECEASED); JEROME HEWITT; HOWARD HUBERT JR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HOWARD L HUBERT SR. (DECEASED); EARNESTINE HUNTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF FANNIE MAYHORN (DECEASED) AND IVORY MAYHORN (DECEASED); CASSANDRA JACKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WARREN JACKSON (DECEASED); PATRICIA JACKSON; FLORRENE JOHNSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF FLORENCE SHIELDS (DECEASED) AND WALTER SHIELDS (DECEASED); SANDRA JOHNSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALFRED RAY JOHNSON (DECEASED); KENNETH JOHNSON, INDIVIDUALLY AND AS**

REPRESENTATIVE OF THE ESTATE OF KATHLEEN EBINS (DECEASED) AND LAWRENCE TAYLOR (DECEASED); MICHELLE JOHNSON; HARRY JOHNSON; FRANCIS JOHNSON; DORETHA JOHNSON-HALE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CECIL HALE (DECEASED); KATRINA JONES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARGARET JONES ALEXANDER (DECEASED); NARVA JONES; CARLINE JONES; ANGELA JONES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HARRY JONES (DECEASED); CARLA JOSEPH; KENNETH KEENEY; MARY KELLEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAMES KELLEY (DECEASED); KINITE STANLEY; AARON KIRKSEY; PAUL LEDET, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF PAUL HOWARD LEDET SR. (DECEASED) AND JESSIE BENJAMIN LEDET (DECEASED); VINCENT LEE; NANCY LEWIS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GERALD LEWIS (DECEASED); HERYL LIGHTFOOT; KAREN LIGHTFOOT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BEECHIE PERVIS (DECEASED); LOIS LLOYD; REYNALDO LOPEZ; BOBBIE LOTT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHARITA LOTT (DECEASED); ROLLIE LOTT JR; GARRY MALONE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EARLENE GOLDEN MALONE-EVANS (DECEASED); HENRY MARTIN; BURNIS MARTIN JR; LISA MARTINEZ; ROSALBA MARTINEZ; PATRICIA MENARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROSETTA GREEN (DECEASED); KIM MERLA; MARICELA MONRREAL; PRESTON MOREHAM; DEANNA MORSE; JOSEPH OQUINN; OLA OUTING, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ETHEL LEE OUTING (DECEASED); PATRICIA PARKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GREGORY DARRYL EVANS (DECEASED); JOHN PINK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF BOBBIE PINK (DECEASED) AND ERON PINK (DECEASED); HORACE POINTER; ALEXANDER RAMOS; THADDEUS REED; CELINA REED, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOSEPH W ANDRESS (DECEASED); VERNA RICE; DEBORAH RODRIGUEZ; MARIA SEGURA; NEWSELL SHORTEN; KERRY SIMON; QUENCY SMITH; CHARLES TUCKER; EARL WARREN;

**FREDERICK WATTS; LOLA WESLEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF TAMRA COLE (DECEASED); JOYCE WHITAKER; KWOHN WHITAKER; AND ROBIN WILSON,** Appellees

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45196**

---

### MEMORANDUM OPINION

This is a statutory interloutory appeal from an order signed November 10, 2021. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.015(12). On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.